UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | |
| PETER MURPHY RIBAUDO | ) | Chapter 13 |
| D/B/A RPM AUTO SERVICE | ) | |
| A/K/A PETE MURPHY | ) | |
| A/K/A PETER NA MURPHY | ) | |
| A/K/A PETER RIBAUDO | ) | |
| A/K/A PETER M RIBAUDO | ) | |
| A/K/A PETER M. RIBAUDO | ) | |
| Debtor. | ) | Case No. 10-43081-HJB |

ORDER GRANTING ONEWEST'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This matter has come before me on the Motion for Relief from the Automatic Stay (the "Motion") by OneWest Bank, FSB ("OneWest") with respect to the property located at 76 Chickering Road, Spencer, Massachusetts 01562 (the "Property"). After full consideration, or after opportunity for hearing and no objections having been filed, it is ordered that the Motion is hereby granted, and that OneWest, its successors and/or assigns, may proceed to foreclose or accept deed in lieu of foreclosure of the mortgage given by Peter M. Ribaudo to Mortgage Electronic Registration Systems, Inc. as nominee for People's Mortgage Corporation on May 10, 2006 and assigned to the OneWest. Said mortgage is recorded with the Worcester County (Southern District) Registry of Deeds at Book 38964, Page 41 and encumbers the Property. OneWest may exercise its rights under said mortgage to bring such actions, including but without limitation, summary process proceedings, as are permissible by state and federal law.

DATE: 10/26/10

_____
United States Bankruptcy Judge

Henry J. Boroff