# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Peter Murphy Ribaudo            Case Number: 10-43081            Ch: 13

**MOVANT/APPLICANT/PARTIES:**

#42 Motion of Debtor to Reconsider Order [of October 26, 2010 granting Relief from Stay to OneWest Bank, FSB]

**OUTCOME:**

____Granted ____Denied ____Approved ____Sustained
____Denied ____Denied without prejudice ____Withdrawn in open court ____Overruled
____OSC enforced/released
____Continued to:_____ For:_____
____Formal order/stipulation to be submitted by:_____ Date due:_____
____Findings and conclusions dictated at close of hearing incorporated by reference
____Taken under advise ment: Brief(s) due_____ From_____
                            Response(s) due_____ From_____
____Fees allowed in the amount of: $_____ Expenses of: $_____
____No appearance/response by:_____
✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

GRANTED. THE UNDERLYING MOTION FOR RELIEF IS SET FOR EVIDENTIARY HEARING ON 09/14/11 AND 09/16/11 AT 10:00AM IN SPRINGFIELD.

DISCOVERY DEADLINE IS SET FOR 06/03/11

COUNSEL TO SUBMIT FURTHER PROPOSED ORDER.


IT IS SO NOTED:                    IT IS SO ORDERED:

_____            _____ Dated: 12/02/2010
Courtroom Deputy