*United States Bankruptcy Court*
*For the District of Massachusetts*
*Central Division*

|  |  |
|---|---|
| In re ) | |
| ) | |
| **Peter Murphy Ribaudo** ) | Case No. **10-43081** |
| ) | Chapter **13** |
| Debtor ) | |

## OBJECTION TO CLAIM # 4: Deutsche Bank National Trust Company as Indenture Trustee of the IndyMac Home Equity Mortage Loan Asset-Backed Trust, Series 2006-H4

Pursuant to BR 3007, MLBR 3007-1, and MLBR Appendix 1 Rule 13-13, debtor objects to the referenced Claim No. 4.

1. The Claim does not comply with the Proof of Claim at No. 7 or with MLBR Appendix 1, Rule 13-13, which require attachment of all assignments and other appropriate documentation. In particular, since Claimant is a securitized trustee, it must attach the Pooling and Servicing Agreement and transfer agreements, endorsements, allonges, assignments, transfer receipts, delivery receipts, and all other documentation related to the trail of holders and owners of both the Note and Mortgage to and through the many PSA-defined and required entities. In the absence of such documentation, the Claimant has not shown it has standing to assert any claim whatsoever and its Claim must be denied.

2. The Claim wrongly states that it is secured. There is no value available to attach to Claimant's second mortgage lien.

3. The Claimant did not complete the "Value of Property" or "Annual Interest Rate" fields in No. 4 of the Proof of Claim.

4. The Claim does not have an attached Power of Attorney, as required.

Debtor recommends that the claim be dismissed. If the claimant provides a power of attorney and all other required documents, then the debtor recommends that the claim be allowed as an unsecured claim.

Debtor, by counsel

/s/ L. Jed Berliner, Esquire
L. Jed Berliner, Esquire, BBO # 039950
Berliner Law Firm
95 State Street, Suite 1010
Springfield, MA 01103-2081
telephone: (413) 788-9877
facsimile: (413) 746-9877
email: jed@berlinerlaw.com

**Certificate of Service**

The undersigned certifies that this document and the MLRB-required Notice below was filed with the Court in a manner appropriate for automated service of true electronic images to all ECF Registrants in this Case or Proceeding, including the Case Trustee and the U.S. Trustee and the Claimant's attorney, and on the claimant by first class mail, with return address provided and postage prepaid, to:

Deutsche Bank National Trust Company as Indenture
Trustee of the IndyMac Home Equity Mortgage Loan
Asset-Backed Trust, Series 2006-H4
c/o OneWest Bank, FSB
888 East Walnut Street
Pasadena, CA 91101

Date: December 4, 2010

/s/ Jed Berliner
L. Jed Berliner

## **NOTICE REQUIRED BY MLBR APPENDIX 1, RULE 13-13(c)**

PLEASE TAKE NOTICE that a response to this Objection must be filed with the Court within 30 days.