*United States Bankruptcy Court*
*For the District of Massachusetts*
*Western Division*

|  |  |  |
|---|---|---|
| In re ) | |  |
| ) | |  |
| **Peter Murphy Ribaudo**    ) | | Case No. **10-43081** |
| ) | | Chapter **13** |
| Debtor                      ) | |  |

### OBJECTION TO CLAIM # 6:  ONEWEST BANK, FSB

Pursuant to BR 3007, the pertinent provisions of MLBR 3007-1, and MLBR Appendix 1 Rule 13-13, debtor objects to this Claim No. **6**.

1. The Claim does not comply with BR 3001(a) which requires compliance with the Official Form.  In particular, the Form at No. 1 requires that an itemized statement of interest be attached.  The debtor interprets this to require a loan-of-life "pencil ledger" showing calculation of each interest entry and each other account activity.  The debtor objects to this conclusory $21,522.44 interest figure in any event.

2. The debtor disputes the reasonableness of the $495.00 charge for a BPO, the un-itemized $121.00 inspection fees, the un-itemized $4,127.90 escrow advances, and - at least until more detail is provided - the $705.00 foreclosure fees and the $785.00 foreclosure costs.

3. The debtor denies that the Claimant has standing for the detailed reasons stated in his Motion For Reconsideration of Order Granting Stay Relief to OneWest Bank, FSB, Docket No. 42.

4. The Claim does not have an attached Power of Attorney, as required.

Debtor recommends that the claim be dismissed. If the claimant provides a power of attorney and all other required documents and proofs, then the debtor recommends that further proceedings on this claim be merged with the proceedings on the debtor's aforesaid Motion For Reconsideration, Docket No. 42, which at this date has a discovery deadline and evidentiary hearing dates set. .

        Debtor, by counsel

        /s/ L. Jed Berliner, Esquire
        L. Jed Berliner, Esquire, BBO # 039950
        Berliner Law Firm
        95 State Street, Suite 1010
        Springfield, MA  01103-2081
        telephone:  (413) 788-9877
        facsimile:  (413) 746-9877
        email:  jed@berlinerlaw.com

**Certificate of Service**

The undersigned certifies that this document and the MLBR-required Notice below was filed with the Court in a manner appropriate for automated service of true electronic images to all ECF Registrants in this Case or Proceeding, including the Case Trustee and the U.S. Trustee and on the claimant's attorney, and on the Claimant itself by first class mail with postage prepaid and return address provided to:

OneWest Bank, FSB
888 East Walnut Street
Pasadena, CA 91101

Date:  December 4, 2010         /s/ Jed Berliner
                                              L. Jed Berliner

## **NOTICE REQUIRED BY MLBR APPENDIX 1, RULE 13-13(c)**

PLEASE TAKE NOTICE that a response to this Objection must be filed with the Court within 30 days.