UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                  )
   PETER MURPHY RIBAUDO           )       Chapter 13
   D/B/A RPM AUTO SERVICE         )
   A/K/A PETE MURPHY              )
   A/K/A PETER NA MURPHY          )
   A/K/A PETER RIBAUDO            )
   A/K/A PETER M RIBAUDO          )
   A/K/A PETER M. RIBAUDO         )
              Debtor.     )       Case No. 10-43081-HJB

## ORDER

This matter has come before me on the Debtor's Motion for Reconsideration of Order Granting Stay Relief to OneWest Bank, F.S.B. After notice and hearing, it is hereby ordered that:

1. The motion for reconsideration is granted.

2. The parties shall complete discovery by June 3, 2011. An evidentiary hearing on the motion for relief for stay is scheduled in Springfield for September 14, 2011 and September 16, 2011, beginning at 10:00 a.m. on each day. The moving party waives its rights under 11 U.S.C. § 362(e).

3. The Debtor agrees to tender $1,000.00 per month to his counsel to be held in his IOLTA account on or before January 1, 2011 and on or before the 1st of each month thereafter, until further order of Court.

DATE: 12|29|10

_____
United States Bankruptcy Judge