*United States Bankruptcy Court*
*For the District of Massachusetts*
*Western Division*

| | |
|---|---|
| **Peter Murphy Ribaudo,**   ) | Case No. **10-43081** |
|                             ) | Chapter **13** |
|                             ) | |
| Debtor                      ) | |

## EXPEDITED ASSENTED-TO MOTION TO RESCHEDULE MARCH 8, 2011 HEARING ON OBJECTION TO ONEWEST CLAIM

To the Honorable Henry J. Boroff, U.S. Bankruptcy Judge:

The debtor, by counsel, requests that the Court reschedule the March 8, 2010 hearing on his Objection to OneWest's claim to September 14, 2011 at 10:00 am in Springfield. OneWest assents to this Motion. In support thereof, debtor states:

1. The debtor filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code on June 17, 2010. The Meeting Of Creditors was held on August 6, 2010. The case remains open while the debtor makes payments to the trustee and contests a number of the filed claims and litigates his mortgage with OneWest.

2. On December 4, 2010, the debtor objected to OneWest's timely claim. OneWest timely responded to the Objection and the Court has scheduled a non-evidentiary hearing for Tuesday, March 8, 2011 at 10:30 am in Worcester.

3. OneWest had previously filed a motion for relief from stay, which was allowed. The debtor requested reconsideration based on the questions he raised concerning the mortgage's assignment to OneWest from MERS. The Court granted reconsideration and scheduled an evidentiary hearing on stay relief for September 14, 2011 and September 16, 2011 at 10:00 am in Springfield. The parties are in discovery and are also engaged in negotiations.

4. The parties agree that it makes sense to consolidate the the March 8th hearing with the Springfield hearing on OneWest's motion for relief from stay to begin on September 14, 2011 at 10:00 am.

WHEREFORE the debtor, with claimant OneWest's assent, requests that the Court consolidate the March 8th hearing on his Objection to OneWest's claim with the September 14, 2011 evidentiary hearing on OneWest's motion for relief from stay.

| OneWest Bank FSB, by counsel | Debtor, by counsel |
|---|---|
| /s/ Jeana Kim Reinbold | /s/ L. Jed Berliner |
| Jeana Kim Reinbold, Esquire | L. Jed Berliner, Esquire, BBO # 039950 |
| Ablitt Scofield | 95 State Street, Suite 1010 |
| 304 Cambridge Road | Springfield, MA 01103-2081 |
| Woburn, MA 01801 | tel:  (413) 788-9877 |
|  | fax:  (413) 746-9877 |
|  | email:  jed@berlinerlaw.com |

**Certificate of Service**

The undersigned certifies that this document was filed with the Court in a manner appropriate for automated service of true electronic images to all ECF Registrants in this Case or Proceeding, including the Case Trustee and the U.S. Trustee and all signatories.

Date:   March 4, 2011

/s/ Jed Berliner
L. Jed Berliner