**United States Bankruptcy Court**
**For the District of Massachusetts**
**Central Division**

In re )
)
Peter Murphy Ribaudo ) Case No. **10-43081**
) Chapter **13**
Debtor )
)

*[handwritten signature across left margin: Henry Jack Boroff]*

*[handwritten in left margin: 3/8/11 no response has been filed. The hearing of 3/8/11 is cancelled]*

**OBJECTION TO CLAIM # 4: Deutsche Bank National Trust Company as Indenture Trustee of the IndyMac Home Equity Mortgage Loan Asset-Backed Trust, Series 2006-H4**

Pursuant to BR 3007, MLBR 3007-1, and MLBR Appendix 1 Rule 13-13, debtor objects to the referenced Claim No. 4.

1. The Claim does not comply with the Proof of Claim at No. 7 or with MLBR Appendix 1, Rule 13-13, which require attachment of all assignments and other appropriate documentation. In particular, since Claimant is a securitized trustee, it must attach the Pooling and Servicing Agreement and transfer agreements, endorsements, allonges, assignments, transfer receipts, delivery receipts, and all other documentation related to the trail of holders and owners of both the Note and Mortgage to and through the many PSA-defined and required entities. In the absence of such documentation, the Claimant has not shown it has standing to assert any claim whatsoever and its Claim must be denied.

*[handwritten in bottom left margin: 3/7/11 Sustained, no response has been filed]*

*[handwritten at bottom right: 50]*