# United States Bankruptcy Court

## District of Massachusetts

| | |
|---|---|
| In re:<br><br>PETER MURPHY RIBAUDO<br><br>Debtor | Chapter 13<br>Case No. 10-43081-HJB |

## ORDER TO SHOW CAUSE

To:   L. Jed Berliner
      Berliner Law Firm
      95 State St., Suite 1010
      Springfield, MA 01103-2081

YOU ARE ORDERED TO SHOW CAUSE before this Court on **04/07/11**, 2011 at **11:00** A.M. in the Federal Building and Courthouse, 300 State Street, Springfield, MA, in the Berkshire Courtroom as to why the above-named Debtor's Chapter 13 petition should not be dismissed or converted for failure to comply with this Court's orders of September 29, 2010, ordering the above-named Debtor to file an amended plan within 30 days.

By the Court,

*/s/ Henry J. Boroff*
Henry J. Boroff
United States Bankruptcy Judge

Dated:   03/17/11

Copy to:   Debtor
           United States trustee
           Chapter 13 trustee