# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Peter Murphy Ribaudo        **Case Number:** 10-43081        **Ch:** 13

**MOVANT/APplicant/PARTIES:**

#162 Motion of Debtor for Order to Show Cause against Deutsche Bank National Trust Company

**OUTCOME:**

_____ Granted _____ Denied _____ Approved _____ Sustained
_____ Denied _____ Denied without prejudice _____ Withdrawn in open court _____ Overruled
_____ OSC enforced/released
_____ Continued to:_____ For:_____
_____ Formal order/stipulation to be submitted by:_____ Date due:_____
_____ Findings and conclusions dictated at close of hearing incorporated by reference
_____ Taken under advise ment: Brief(s) due_____ From_____
               Response(s) due_____ From_____
_____ Fees allowed in the amount of: $_____ Expenses of: $_____
_____ No appearance/response by:_____
✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

CONTINUED TO 01/12/12 AT 10:00AM IN SPRINGFIELD FOR EVIDENTIARY HEARING.

DISCOVERY DEADLINE IS SET FOR 12/16/11.

THE COURT WILL ALSO CONSIDER AT THAT TIME AND PLACE WHETHER THE RESPONDENT SHOULD BE SANCTIONED UNDER Fed.R.Bank.P. 9011(c)(1)(B).

IT IS SO NOTED:                                IT IS SO ORDERED:

_____                        _____ Dated: 10/11/2011
Courtroom Deputy